COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| ARACELY GOMEZ, | § | No. 08-17-00236-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | County Court at Law No. 6 |
| | § | |
| DAVID AVALOS AND WINGFOOT ENTERPISES, INC. D/B/A ALLEGIANCE STAFFING, | § | of El Paso County, Texas |
| | | (TC# 2013DCV3850) |
| | § | |
| Appellees. | § | |
| | § | |

## MEMORANDUM OPINION

After the record and briefs were filed, we determined that the judgment was not final because it did not dispose of all of the parties. Rather than dismiss the appeal for lack of jurisdiction, the Court entered an order abating the appeal and remanding the cause to the trial court to give the parties and trial court an opportunity to finalize the judgment. After multiple extensions of time, a final judgment still has not been entered. Accordingly, we reinstate the appeal.

Appellant, Aracely Gomez, has filed a motion to dismiss her appeal because the judgment is not final as to all parties. *See* TEX.R.APP.P. 42.1(a)(1). We grant the motion and dismiss the

appeal for lack of jurisdiction.  All pending motions are denied.  Costs of the appeal are taxed against Appellant.  TEX.R.APP.P. 42.1(d).

GINA M. PALAFOX, Justice

June 5, 2019

Before McClure, C.J., Rodriguez, and Palafox, JJ.